# First District Court of Appeal
## State of Florida

_____

No. 1D2023-0278
_____

Tanner Matthew Greene,

  Appellant,

  v.

State of Florida,

  Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

May 20, 2024

Per Curiam.

  Affirmed.

Kelsey, Winokur, and Nordby, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jessica J. Yeary, Public Defender, and Kevin P. Steiger, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Benjamin L. Hoffman, Assistant Attorney General, Tallahassee, for Appellee.